IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAN THOMPSON,** | ) | |
| **PLAINTIFF,** | ) | |
| VS. | ) | 2:08-cv-943-JHH |
| **CREDITORS INTERCHANGE RECEIVABLES MANAGEMENT, LLC.,** | ) ) ) | |
| **DEFENDANT.** | ) | |

### ORDER OF DISMISSAL

The parties have made known to the court that they have resolved all the issues embraced in this action by the filing on May 19, 2009 of a joint stipulation of dismissal (doc. #31). This order is entered to implement such resolution. Accordingly, the joint stipulation of dismissal is **APPROVED,** and, it is **ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** with prejudice. Each party to bear her or its own costs.

**DONE** this the ___20th___ day of May, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE